"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BUTLER,<br><br>        Petitioner,<br><br>    vs.<br><br>BEN CURRY, Warden,<br><br>        Respondent. | Case No. CV 06-7576-JVS (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge filed March 13, 2009. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: _____4-23-09_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE