JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 2 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BUTLER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | Case No. CV 06-7576-JVS (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 4. 23. 09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 2 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE